UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Case No. 14-15974-RAM
Delia V. Castellanos                                      Chapter 13

_____Debtor._____/

## MOTION TO COMPEL DEBTOR TO FILE A
## MODIFIED PLAN AND MOTION TO MODIFY PLAN OR IN
## THE ALTERNATIVE MOTION TO DISMISS CASE DUE TO FAILED MMM

COMES NOW, Secured Creditor, Federal National Mortgage Association ("Fannie Mae"), by and through its undersigned attorney, and hereby files its Motion to Compel Debtor to file a Modified Plan and motion to modify plan or in the alternative, Dismiss Case due to Failed Mortgage Modification Mediation (MMM) and in support, states as follows:

1. On February 2, 2016 the mediator filed a Final Report of Loss Mitigation Mortgage Modification (DE#63) indicating that an agreement was not reached.

2. Debtor's confirmed Chapter 13 plan in the section entitled "other provisions" provides:

> If the Lender and the Debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered.

3. Debtor has failed to comply with the terms of the confirmed plan by failing to file a modified plan.

WHEREFORE, Secured Creditor, Federal National Mortgage Association ("Fannie Mae") prays that this Honorable Court Compel the Debtor to File a Modified Plan or in the Alternative, Dismiss Case Due to Failed Mortgage Modification Mediation or for any other relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in Compliance with additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail and/or via CM/ECF electronic filing this 18th day of August, 2016 to the following:

Delia V. Castellanos, 9221 Southwest 72nd Street, Miami, FL 33173

James A. Poe, 9500 South Dadeland Boulevard, #610, Miami, FL 33156

Nancy K. Neidich, POB 279806, Miramar, FL 33027

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Elizabeth Eckhart
Elizabeth Eckhart
FL Bar # 0048958
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-319-5278
Fax: (813) 880-8800
E-mail: eeckhart@logs.com

09-162418